UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X

UNITED STATES OF AMERICA                    ORDER OF SUSTENANCE

   -against-                                CR-05-0238 (DRH)

PAUL PETRINO
-----------------------------X

       IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )     LODGING
( X )     SUSTENANCE ORDERED FROM CULINART
(   )     TRANSPORTATION

       TO THE (14) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON DECEMBER 8, 2005

DATED: CENTRAL ISLIP, NEW YORK
     DECEMBER 8, 2005                    _____/S/_____
                                  DENIS R. HURLEY
                                  U.S. DISTRICT JUDGE


_____     DURING TRIAL

__X___     DELIBERATING

_____     SEQUESTERED

_____     OTHER

                              A TRUE COPY ATTEST
                              DATED: DECEMBER 8, 2005
                              ROBERT C. HEINEMANN, CLERK
                              BY: PATRICIA BEST,_____