```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
KAREN WORTYKO                              ORDER OF SUSTENANCE

     -against-                             CR-02-2233 (DRH)

COUNTY OF SUFFOLK, ET. AL.
--------------------------------X
```

        IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )     LODGING
( X )   SUSTENANCE ORDERED FROM CULINART
( )     TRANSPORTATION

        TO THE (7) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON DECEMBER 22, 2005

DATED: CENTRAL ISLIP, NEW YORK
       DECEMBER 22, 2005

                                           _____
                                           DENIS R. HURLEY
                                           U.S. DISTRICT JUDGE


  _____    DURING TRIAL

   X        DELIBERATING

  _____    SEQUESTERED

  _____    OTHER

                                           A TRUE COPY ATTEST
                                           DATED: DECEMBER 22, 2005
                                           ROBERT C. HEINEMANN, CLERK
                                           BY: PATRICIA BEST,