AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

KAREN WORYTKO                                          JUDGMENT IN A CIVIL CASE
                                                       CV-02-2233 (DRH)

     V.

COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, P.O. MICHAEL
REPPERGER, P.O. FERDINANDO CRASA,
P.O. ANTHONY PASSARELLA, P.O. KERRY
A. McGRATH, Individually and in their capacities
as police officers, DONNA AIELLO, and TIMOTHY
AIELLO

---------------------------------------------------------------X


  X    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


       The jury having found that the Plaintiff ,KAREN WORYTKO has failed to established her claims, and having found for the defendant on all causes of action,

       IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, KAREN WORYTKO take nothing from the defendants COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, P.O. MICHAEL REPPERGER, P.O. FERDINANDO CRASA, P.O. ANTHONY PASSARELLA, P.O. KERRY A. McGRATH, Individually and in their capacities as police officers, DONNA AIELLO, and TIMOTHY AIELLO

       The case is dismissed with prejudice and the Clerk is directed to close this case..



Dated:  DECEMBER 23, 2005         ROBERT C. HEINEMANN
       Central Islip, New York         CLERK OF THE COURT
                                       By: PATRICIA BEST
                                          Deputy Clerk