ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
KAREN WORYTKO,

               PLAINTIFF,                      VERDICT SHEET
                                           02-CV-2233 (DRH)(ARL)

       -AGAINST-

COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, P.O. MICHAEL
REPPERGER, P.O. FERDINANDO CRASA,
P.O. ANTHONY PASSARELLA, P.O. KERRY
A. MCGRATH, INDIVIDUALLY AND IN
THEIR CAPACITIES AS POLICE OFFICERS,
DONNA M. AIELLO AND TIMOTHY AIELLO,

              DEFENDANTS.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## INSTRUCTIONS

THE APPLICABLE LAW AS TO THIS CASE IS FULLY SET FORTH IN THE
CHARGE.  THE PURPOSE OF THIS FORM IS <u>SOLELY</u> TO ASSIST YOU IN
REPORTING YOUR VERDICT.

## FIRST CAUSE OF ACTION

1.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/EXCESSIVE
     FORCE CLAIM AS TO DEFENDANT REPPERGER?

               YES _____       NO __X__

2.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/EXCESSIVE
     FORCE CLAIM AS TO DEFENDANT CRASA?

               YES _____       NO __X__

3.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/EXCESSIVE
     FORCE CLAIM AS TO DEFENDANT PASSARELLA?

               YES _____       NO __X__

4.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/EXCESSIVE
     FORCE CLAIM AS TO DEFENDANT MCGRATH?

               YES _____       NO __X__

## SECOND CAUSE OF ACTION

1. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE IMPRISONMENT CLAIM AS TO DEFENDANT REPPERGER WITH REGARD TO THE EVENTS OF APRIL 13, 2001?

    YES _____     NO ___X___

2. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE IMPRISONMENT CLAIM AS TO DEFENDANT REPPERGER WITH REGARD TO THE EVENTS OF OCTOBER 3 AND 4, 2001?

    YES _____     NO ___X___

3. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE IMPRISONMENT CLAIM AS TO DEFENDANT CRASA WITH REGARD TO THE EVENTS OF APRIL 13, 2001?

    YES _____     NO ___X___

4. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE IMPRISONMENT CLAIM AS TO DEFENDANT CRASA WITH REGARD TO THE EVENTS OF OCTOBER 3 AND 4, 2001?

    YES _____     NO ___X___

5. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE IMPRISONMENT CLAIM AS TO DEFENDANT PASSARELLA WITH REGARD TO THE EVENTS OF APRIL 13, 2001?

    YES _____     NO ___X___

6. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE IMPRISONMENT CLAIM AS TO DEFENDANT PASSARELLA WITH REGARD TO THE EVENTS OF OCTOBER 3 AND 4, 2001?

    YES _____     NO ___X___

7. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE IMPRISONMENT CLAIM AS TO DEFENDANT MCGRATH WITH REGARD TO THE EVENTS OF APRIL 13, 2001?

    YES _____     NO ___X___

8. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE IMPRISONMENT CLAIM AS TO DEFENDANT MCGRATH WITH REGARD

2

TO THE EVENTS OF OCTOBER 3 AND 4, 2001?

YES _____     NO __X__

9.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
IMPRISONMENT CLAIM AS TO DEFENDANT DONNA AIELLO WITH
REGARD TO THE EVENTS OF APRIL 13, 2001?

YES _____     NO __X__

10.  HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
IMPRISONMENT CLAIM AS TO DEFENDANT DONNA AIELLO WITH
REGARD TO THE EVENTS OF OCTOBER 3 AND 4, 2001?

YES _____     NO __X__

11.  HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
IMPRISONMENT CLAIM AS TO DEFENDANT TIMOTHY AIELLO
WITH REGARD TO THE EVENTS OF APRIL 13, 2001?

YES _____     NO __X__

12.  HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
IMPRISONMENT CLAIM AS TO DEFENDANT TIMOTHY AIELLO
WITH REGARD TO THE EVENTS OF OCTOBER 3 AND 4, 2001?

YES _____     NO __X__

THIRD CAUSE OF ACTION

1.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
ARREST CLAIM AS TO DEFENDANT REPPERGER WITH REGARD TO
THE EVENTS OF APRIL 13, 2001?

YES _____     NO __X__

2.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
ARREST CLAIM AS TO DEFENDANT REPPERGER WITH REGARD TO
THE EVENTS OF OCTOBER 3 AND 4, 2001?

YES _____     NO __X__

3.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
ARREST CLAIM AS TO DEFENDANT CRASA WITH REGARD
TO THE EVENTS OF APRIL 13, 2001?

3

YES _____        NO ___X___

4.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
     ARREST CLAIM AS TO DEFENDANT CRASA WITH REGARD
     TO THE EVENTS OF OCTOBER 3 AND 4, 2001?

YES _____        NO ___X___

5.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
     ARREST CLAIM AS TO DEFENDANT PASSARELLA WITH
     REGARD TO THE EVENTS OF APRIL 13, 2001?

YES _____        NO ___X___

6.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
     ARREST CLAIM AS TO DEFENDANT PASSARELLA WITH
     REGARD TO THE EVENTS OF OCTOBER 3 AND 4, 2001?

YES _____        NO ___X___

7.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
     ARREST CLAIM AS TO DEFENDANT MCGRATH WITH REGARD
     TO THE EVENTS OF APRIL 13, 2001?

YES _____        NO ___X___

8.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
     ARREST CLAIM AS TO DEFENDANT MCGRATH WITH REGARD
     TO THE EVENTS OF OCTOBER 3 AND 4, 2001?

YES _____        NO ___X___

9.   HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
     ARREST CLAIM AS TO DEFENDANT DONNA AIELLO WITH REGARD
     TO THE EVENTS OF APRIL 13, 2001?

YES _____        NO ___X___

10.  HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
     ARREST CLAIM AS TO DEFENDANT DONNA AIELLO WITH REGARD
     TO THE EVENTS OF OCTOBER 3 AND 4, 2001?

YES _____        NO ___X___

11.  HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE
     ARREST CLAIM AS TO DEFENDANT TIMOTHY AIELLO WITH REGARD
     TO THE EVENTS OF APRIL 13, 2001?

4

YES _____     NO __X__

12. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/FALSE ARREST CLAIM AS TO DEFENDANT TIMOTHY AIELLO WITH REGARD TO THE EVENTS OF OCTOBER 3 AND 4, 2001?

YES _____     NO __X__


## FOURTH CAUSE OF ACTION

1. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT REPPERGER?

YES _____     NO __X__

2. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT CRASA?

YES _____     NO __X__

3. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT PASSARELLA?

YES _____     NO __X__

4. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT MCGRATH?

YES _____     NO __X__

5. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT DONNA AIELLO?

YES _____     NO __X__

6. HAS PLAINTIFF PROVEN HER FEDERAL CIVIL RIGHTS/MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT TIMOTHY AIELLO?

YES _____     NO __X__

5

## FIFTH CAUSE OF ACTION

1.   HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/FALSE
     ARREST CLAIM AS TO DEFENDANT REPPERGER?

               YES _____          NO __X__

2.   HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/FALSE
     ARREST CLAIM AS TO DEFENDANT CRASA?

               YES _____          NO __X__

3.   HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/FALSE
     ARREST CLAIM AS TO DEFENDANT PASSARELLA?

               YES _____          NO __X__

4.   HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/FALSE
     ARREST  CLAIM AS TO DEFENDANT MCGRATH?

               YES _____          NO __X__

5.   HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/FALSE
     ARREST CLAIM AS TO DEFENDANT DONNA AIELLO?

               YES _____          NO __X__

6.   HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/FALSE
     ARREST CLAIM AS TO DEFENDANT TIMOTHY AIELLO?

               YES _____          NO __X__


## SIXTH CAUSE OF ACTION

1.   HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/FALSE
     IMPRISONMENT CLAIM AS TO DEFENDANT REPPERGER?

               YES _____          NO __X__

2.   HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/FALSE
     IMPRISONMENT CLAIM AS TO DEFENDANT CRASA?

6

YES _____      NO __X__

3.  HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/FALSE IMPRISONMENT CLAIM AS TO DEFENDANT PASSARELLA?

YES _____      NO __X__

4.  HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/FALSE IMPRISONMENT CLAIM AS TO DEFENDANT MCGRATH?

YES _____      NO __X__

5.  HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/FALSE IMPRISONMENT CLAIM AS TO DEFENDANT DONNA AIELLO?

YES _____      NO __X__

6.  HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/FALSE IMPRISONMENT CLAIM AS TO DEFENDANT TIMOTHY AIELLO?

YES _____      NO __X__

SEVENTH CAUSE OF ACTION

1.  HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT REPPERGER?

YES _____      NO __X__

2.  HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT CRASA?

YES _____      NO __X__

3.  HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT PASSARELLA?

YES _____      NO __X__

4.  HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT MCGRATH?

YES _____      NO __X__

5.  HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/MALICIOUS

7

PROSECUTION CLAIM AS TO DEFENDANT DONNA AIELLO?

         YES _____       NO ⨉

6.   HAS PLAINTIFF PROVEN HER FEDERAL CONSPIRACY/MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT TIMOTHY AIELLO?

         YES _____       NO ⨉

## EIGHTH CAUSE OF ACTION

1.   HAS PLAINTIFF PROVEN HER ASSAULT CLAIM AS TO DEFENDANT REPPERGER?

         YES _____       NO ⨉

2.   HAS PLAINTIFF PROVEN HER ASSAULT CLAIM AS TO DEFENDANT CRASA?

         YES _____       NO ⨉

3.   HAS PLAINTIFF PROVEN HER ASSAULT CLAIM AS TO DEFENDANT PASSARELLA?

         YES _____       NO ⨉

4.   HAS PLAINTIFF PROVEN HER ASSAULT CLAIM AS TO DEFENDANT MCGRATH?

         YES _____       NO ⨉

## NINTH CAUSE OF ACTION

1.   HAS PLAINTIFF PROVEN HER BATTERY CLAIM AS TO DEFENDANT REPPERGER?

         YES _____       NO ⨉

2.   HAS PLAINTIFF PROVEN HER BATTERY CLAIM AS TO DEFENDANT CRASA?

         YES _____       NO ⨉

8

3.   HAS PLAINTIFF PROVEN HER BATTERY CLAIM AS TO DEFENDANT
     PASSARELLA?

                    YES _____        NO  X

4.   HAS PLAINTIFF PROVEN HER BATTERY CLAIM AS TO DEFENDANT
     MCGRATH?

                    YES _____        NO  X


                   ELEVENTH CAUSE OF ACTION

1.   HAS PLAINTIFF PROVEN HER FALSE IMPRISONMENT CLAIM AS TO
     DEFENDANT REPPERGER?

                    YES _____        NO  X

2.   HAS PLAINTIFF PROVEN HER FALSE IMPRISONMENT CLAIM AS TO
     DEFENDANT CRASA?

                    YES _____        NO  X

3.   HAS PLAINTIFF PROVEN HER FALSE IMPRISONMENT CLAIM AS TO
     DEFENDANT PASSARELLA?

                    YES _____        NO  X

4.   HAS PLAINTIFF PROVEN HER FALSE IMPRISONMENT CLAIM AS TO
     DEFENDANT MCGRATH?

                    YES _____        NO  X

5.   HAS PLAINTIFF PROVEN HER FALSE IMPRISONMENT CLAIM AS TO
     DEFENDANT DONNA AIELLO?

                    YES _____        NO  X

6.   HAS PLAINTIFF PROVEN HER FALSE IMPRISONMENT CLAIM AS TO
     DEFENDANT TIMOTHY AIELLO?

                    YES _____        NO  X


                   TWELFTH CAUSE OF ACTION

1.   HAS PLAINTIFF PROVEN HER CONSPIRACY/FALSE ARREST CLAIM AS TO

                             9

DEFENDANT REPPERGER?

YES _____     NO  X

2.   HAS PLAINTIFF PROVEN HER CONSPIRACY/FALSE ARREST CLAIM AS TO DEFENDANT CRASA?

YES _____     NO  X

3.   HAS PLAINTIFF PROVEN HER CONSPIRACY/FALSE ARREST CLAIM AS TO DEFENDANT PASSARELLA?

YES _____     NO  X

4.   HAS PLAINTIFF PROVEN HER CONSPIRACY/FALSE ARREST CLAIM AS TO DEFENDANT MCGRATH?

YES _____     NO  X

5.   HAS PLAINTIFF PROVEN HER CONSPIRACY/FALSE ARREST CLAIM AS TO DEFENDANT DONNA AIELLO?

YES _____     NO  X

6.   HAS PLAINTIFF PROVEN HER CONSPIRACY/FALSE ARREST CLAIM AS TO DEFENDANT TIMOTHY AIELLO?

YES _____     NO  X


THIRTEENTH CAUSE OF ACTION


1.   HAS PLAINTIFF PROVE HER MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT REPPERGER?

YES _____     NO  X

2.   HAS PLAINTIFF PROVEN HER MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT CRASA?

YES _____     NO  X

3.   HAS PLAINTIFF PROVEN HER MALICIOUS PROSECUTION CLAIM AS TO DEFENDANT PASSARELLA?

YES _____     NO  X

10

4.      HAS PLAINTIFF PROVEN HER MALICIOUS PROSECUTION CLAIM AS TO
        DEFENDANT MCGRATH?

                        YES _____        NO __X__

5.      HAS PLAINTIFF PROVEN HER MALICIOUS PROSECUTION CLAIM AS TO
        DEFENDANT DONNA AIELLO?

                        YES _____        NO __X__

6.      HAS PLAINTIFF PROVEN HER MALICIOUS PROSECUTION CLAIM AS TO
        DEFENDANT TIMOTHY AIELLO?

                        YES _____        NO __X__

DATED:      CENTRAL ISLIP, NEW YORK
            DECEMBER    , 2005

                                    _Linda Kozan_
                                    FOREPERSON

11